## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **DOLL CONSTRUCTION, LLC, a Nebraska Limited Liability Company,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**AMCO INSURANCE COMPANY, an Iowa Corporation; UNITED FIRE AND CASUALTY INSURANCE COMPANY, an Iowa Corporation; BLUE CROSS AND BLUE SHIELD OF NEBRASKA, a Nebraska Corporation; and CHASTAIN OTIS, INC., a Nebraska Corporation,**<br><br>**Defendants.** | **8:15CV68**<br><br>**ORDER** |

This matter is before the court on the plaintiff's, Doll Construction, LLC, Motion for Extension of Time to File Response to Defendants' Motions to Dismiss (Filing No. 22). The plaintiff seeks to extend its response time to the motions to dismiss until after resolution of the plaintiff's motion to remand (Filing No. 16). The defendants' motions to dismiss and the plaintiff's motion to remand are related. Accordingly, the plaintiff's motion for an extension is denied. The plaintiff shall have until April 6, 2015, to respond to the motions to dismiss. The defendants may have until April 16, 2015, to reply.

**IT IS ORDERED**:

The plaintiff's Motion for Extension of Time to File Response to Defendants' Motions to Dismiss (Filing No. 22) is denied.

Dated this 31st day of March, 2015.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge