IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DOLL CONSTRUCTION, LLC, a Nebraska Limited Liability Company;<br><br>         Plaintiff,<br><br>    vs.<br><br>AMCO INSURANCE COMPANY, an Iowa Corporation;  UNITED FIRE AND CASUALTY INSURANCE COMPANY, an Iowa Corporation;  BLUE CROSS AND BLUE SHIELD OF NEBRASKA, a Nebraska Corporation; and  CHASTAIN OTIS, INC., a Nebraska Corporation;<br><br>         Defendants. | 8:15CV68<br><br>ORDER |

This matter is before the court on the court's own motion pursuant to 28 U.S.C. § 455(a), which states: "Any . . . judge . . . of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned."  Upon review of the parties and the record in the above-designated case, the undersigned judge shall, and hereby does, recuse himself from the above-designated case pursuant to 28 U.S.C. § 455(a).

SO ORDERED.

Dated this 26th day of June, 2015

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge