IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DOLL CONSTRUCTION, LLC, a Nebraska Limited Liability Company, | ) ) ) ) | |
| Plaintiff, | ) ) | 8:15CV68 |
| v. | ) ) | |
| AMCO INSURANCE COMPANY, an Iowa Corporation, UNITED FIRE AND CASUALTY INSURANCE COMPANY, an Iowa Corporation, and CHASTAIN OTIS, INC., a Nebraska Corporation, | ) ) ) ) ) ) ) | ORDER AND JUDGMENT |
| Defendants. | ) ) | |

Pursuant to the memorandum opinion entered this date,

IT IS ORDERED that plaintiff's motion to remand (Filing No. 56) is granted. This action is remanded to the District Court of Douglas County, Nebraska.

DATED this 25th day of August, 2015.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court